Nos. 22-56010, 22-56017

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

PERSIAN GULF, INC.,
*Plaintiff/Appellant,*
*v.*
BP WEST COAST PRODUCTS, LLC, *et al.*
*Defendants/Appellees*

———

JOSHUA EBRIGHT, *et al.*,
*Plaintiffs/Appellants,*
*v.*
BP WEST COAST PRODUCTS, LLC, *et al.*
*Defendants/Appellees*

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA
NOS. 3:15-CV-01749 AND 3:18-CV-01374 (CONSOLIDATED WITH 3:18-CV-01377)
(HON. JINSOOK OHTA)

**STIPULATED MOTION OF ALL PARTIES TO DISMISS APPEAL
PURSUANT TO FED. R. APP. P. 42(b)(1)**

| | |
|---|---|
| O'MELVENY & MYERS LLP | WILSON TURNER KOSMO, LLP |
| DAWN SESTITO | ROBIN A. WOFFORD |
| 400 SOUTH HOPE STREET | 402 W BROADWAY, SUITE 1600 |
| LOS ANGELES, CA 90071 | SAN DIEGO, CA 92101 |
| TELEPHONE: (213) 430-6000 | TELEPHONE: (619) 236-9600 |
| FACSIMILE: (213) 430-6407 | FACSIMILE: (619) 236-9669 |

*Attorneys for Defendants-Appellees*
*Exxon Mobil Corp., ExxonMobil Refining & Supply Co.*

*(Continued on next page)*

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER, LLP<br>SAMUEL G. LIVERSIDGE<br>333 S. GRAND AVENUE<br>LOS ANGELES, CA 90071<br>TELEPHONE: (213) 229-700<br><br>*Attorneys for Defendant-Appellee Chevron U.S.A. Inc.* | JONES DAY<br>DAVID CRAIG KIERNAN<br>555 CALIFORNIA STREET<br>SAN FRANCISCO, CA 94104<br>TELEPHONE: (415) 626-3939<br><br>*Attorneys for Defendant-Appellee Tesoro Refining & Marketing Co., LLC* |
| MORGAN LEWIS & BOCKIUS, LLP<br>KENT MICHAEL ROGER<br>ONE MARKET STREET<br>SPEAR STREET TOWER<br>SAN FRANCISCO, CA 94105<br>TELEPHONE: (415) 442-1140<br><br>*Attorneys for Defendant-Appellee Equilon Enterprises, LLC d/b/a Shell Oil Products US* | HAWXHURST LLP<br>GERALD EDWARD HAWXHURST<br>11111 SANTA MONICA BLVD.<br>LOS ANGELES, CA 90025<br>TELEPHONE: (310) 893-5151<br><br>*Attorneys for Defendant-Appellee Valero Marketing & Supply Co.* |
| BAKER & HOSTETLER, LLP<br>CARL HITTINGER<br>1735 MARKET ST.<br>PHILADELPHIA, PA 19103<br>TELEPHONE: (215) 564-3898<br><br>*Attorneys for Defendant-Appellee Alon USA Energy, Inc.* | NORTON ROSE FULBRIGHT US LLP<br>JOSHUA D. LICHTMAN<br>555 SOUTH FLOWER ST.<br>LOS ANGELES, CA 90071<br>TELEPHONE: (213) 892-9226<br><br>*Attorneys for Defendant-Appellee Phillips 66* |
| SULLIVAN & CROMWELL, LLP<br>ROBERT A. SACKS<br>1888 CENTURY PARK, E<br>LOS ANGELES, CA 90067<br>TELEPHONE: 310-712-6600<br><br>*Attorneys for Defendant-Appellee BP West Coast Products, LLC* | |

*(Continued on next page)*

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD, LLP<br>PATRICK J. COUGHLIN<br>655 W BROADWAY<br>SAN DIEGO, CA 92101<br>TELEPHONE: 619-231-1058<br><br>*Attorneys for Plaintiff-Appellant Persian Gulf, Inc.* | ROBBINS, LLP<br>GEORGE C. AGUILAR<br>5060 SHOREHAM PLACE<br>SAN DIEGO, CA 92122<br>TELEPHONE: 619-525-3990<br><br>*Attorneys for Plaintiffs-Appellants Joshua Ebright, Paul Lee, and David Rinaldi* |

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby move the Court for an order dismissing the above-captioned appeals with prejudice. The parties have agreed that each side shall bear its own costs and fees on appeal. This stipulation does not concern Alon U.S.A. Energy, Inc.'s appeals at 22-56016 and 22-56018, which will remain pending.

Dated: December 21, 2022           O'MELVENY & MYERS LLP

                                   By:   /s/ Dawn Sestito
                                         DAWN SESTITO

                                   WILSON TURNER KOSMO LLP

                                   By:   /s/ Robin A. Wofford
                                         ROBIN A. WOFFORD

                                   *Attorneys for Defendants-Appellees Exxon Mobil Corp., ExxonMobil Refining & Supply Co.*

Dated: December 21, 2022           GIBSON, DUNN & CRUTCHER LLP

                                   By:   /s/ Samuel G. Liversidge
                                         SAMUEL G. LIVERSIDGE

                                   *Attorneys for Defendant-Appellee Chevron U.S.A. Inc.*

1

Dated: December 21, 2022   JONES DAY

By: */s/ David C. Kiernan*
DAVID C. KIERNAN

*Attorneys for Defendant-Appellee Tesoro Refining & Marketing Co., LLC*

Dated: December 21, 2022   MORGAN LEWIS & BOCKIUS LLP

By: */s/ Kent M. Roger*
KENT M. ROGER

*Attorneys for Defendant-Appellee Equilon Enterprises, LLC d/b/a Shell Oil Products US*

Dated: December 21, 2022   HAWXHURST LLP

By: */s/ Gerald E. Hawxhurst*
GERALD E. HAWXHURST

*Attorneys for Defendant-Appellee Valero Marketing & Supply Co.*

Dated: December 21, 2022   BAKER & HOSTETLER, LLP

By: */s/ Carl W. Hittinger*
CARL W. HITTINGER

*Attorneys for Defendant-Appellee Alon USA Energy, Inc.*

2

Dated: December 21, 2022          SULLIVAN & CROMWELL LLP

                                                                   By:   /s/ Robert A. Sacks
                                                                              ROBERT A. SACKS

*Attorneys for Defendant-Appellee BP West Coast Products, LLC*

Dated: December 21, 2022          NORTON ROSE FULBRIGHT

                                                                    By:   /s/ Joshua D. Lichtman
                                                                              JOSHUA D. LICHTMAN

*Attorneys for Defendant-Appellee Phillips 66*

Dated: December 21, 2022          ROBBINS GELLER RUDMAN & DOWD LLP

                                                                    By:   /s/ Patrick J. Coughlin
                                                                              PATRICK J. COUGHLIN

*Attorneys for Plaintiff-Appellant Persian Gulf, Inc.*

Dated: December 21, 2022          ROBBINS LLP

                                                                    By:   /s/ George C. Aguilar
                                                                              GEORGE C. AGUILAR

*Attorneys for Plaintiffs-Appellants Joshua Ebright, Paul Lee, and David Rinaldi*

4

## ATTESTATION

Pursuant to Circuit Rule 25-5(e), I hereby attest that all parties listed above concur in the filing of this Stipulated Motion of All Parties to Dismiss Appeal Pursuant to Fed. R. App. P. 42(b)(1).

*/s/ Dawn Sestito*
Dawn Sestito

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of December, 2022, a true and correct copy of the foregoing Stipulated Motion of All Parties to Dismiss Appeal Pursuant to Fed. R. App. P. 42(b)(1) was filed and served electronically through the Court's CM/ECF system upon all registered counsel of record.

                                                 */s/ Dawn Sestito*
                                                 Dawn Sestito